SAMUEL R. MIRKOVICH, ESQ.
Nevada Bar No. 11662
CAMPBELL & WILLIAMS
710 S. Seventh Street, Suite A
Las Vegas, Nevada 89101
Telephone: (702) 382-5222
Email: srm@cwlawlv.com

SCOTT P. ARMSTRONG, ESQ. *(admitted pro hac vice)*
ARMSTRONG & BRADYLYONS PLLC
4315 50th Street, NW
Washington, D.C. 20016
Telephone: (202) 803-7907
Email: Scott@abdclegal.com

*Attorneys for Defendant Rosemary Sketchley*

CAMPBELL & WILLIAMS
ATTORNEYS AT LAW
710 SOUTH SEVENTH STREET, SUITE A, LAS VEGAS, NEVADA 89101
Phone: 702.382.5222 • Fax: 702.382.0540
www.campbellandwilliams.com

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEOFF WINKLER, as court-appointed receiver for J&J CONSULTING SERVICES INC., *et al.*,<br><br>Plaintiff<br><br>v.<br><br>ARTHUR KUAN, an individual, *et al.*,<br><br>Defendants | CASE NO. 2:26-cv-00993-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT ROSEMARY SKETCHLEY TO RESPOND TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT (First Request)**<br><br>[ECF No. 25] |

Plaintiff Geoff Winkler, as court-appointed receiver for the J&J Enterprise (the "***Receiver***"), and Defendant Rosemary Sketchley, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On August 28, 2026, the Receiver filed his Motion for Partial Summary Judgment (the "Motion"). ECF No. 21.

2. Under LR 7-2(b), Defendant Sketchley's response to the Motion is presently due September 18, 2026.

CAMPBELL & WILLIAMS
ATTORNEYS AT LAW
710 SOUTH SEVENTH STREET, SUITE A, LAS VEGAS, NEVADA 89101
Phone: 702.382.5222 • Fax: 702.382.0540
www.campbellandwilliams.com

3. Counsel for Rosemary Sketchley requires additional time to analyze the legal issues raised in the Motion, review the underlying receivership record, and prepare a response.

4. The parties therefore stipulate to a fourteen (14) day extension of Defendant Sketchley's deadline to respond to the Motion, from September 18, 2026 to and including **October 2, 2026**. Under LR 7-2(b), the Receiver's reply in support of the Motion will be due fourteen (14) days after service of the response, i.e., on or before **October 16, 2026**.

5. This is the first request to extend this deadline. No prior extensions of this deadline have been requested or granted.

6. This stipulation is submitted before the expiration of the current deadline, is made in good faith and not for purposes of delay, and does not affect any other date or deadline in this case.

IT IS SO STIPULATED.

DATED this 18th day of September, 2026.

GREENBERG TRAURIG, LLP

/s/ *Anthony Torroll*
KARA B. HENDRICKS, ESQ.
Nevada Bar No. 07743
KYLE A. EWING, ESQ.
Nevada Bar No. 14051
MADELEINE COLES, ESQ.
Nevada Bar No. 16216
ANTHONY TORROLL, ESQ.
Nevada Bar No. 16640
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*

CAMPBELL & WILLIAMS

/s/ *Samuel R. Mirkovich*
SAMUEL R. MIRKOVICH, ESQ.
Nevada Bar No. 11662
710 S. Seventh Street, Suite A
Las Vegas, Nevada 89101

SCOTT P. ARMSTRONG, ESQ. *(admitted pro hac vice)*
ARMSTRONG & BRADYLYONS PLLC
4315 50th Street, NW
Washington, D.C. 20016

*Attorneys for Defendant Rosemary Sketchley*

IT IS SO ORDERED.

_______________________________
UNITED STATES DISTRICT JUDGE

DATED: September 23, 2026